IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **MELISSA SCHMIDT and AMANDA NELSON, individually and on behalf of all others similarly situated,**<br><br>*Plaintiffs*,<br><br>v.<br><br>**OGLETHORPE, INC.**<br><br>*Defendant.* | Case No.: 8:25-cv-03138<br><br>JURY TRIAL DEMANDED |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs Melissa Schmidt and Amanda Nelson ("Plaintiffs"), by and through undersigned counsel, hereby give notice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, that the above-captioned action is voluntarily dismissed, without prejudice against the Defendant, Oglethorpe, Inc. ("Defendant"). Defendant has not served an answer or motion for summary judgment in this action. Furthermore, Plaintiffs have not previously dismissed any federal or state court action based on or including the same claims. Accordingly, Plaintiffs notices voluntary dismissal of this action, without prejudice.

Dated: December 1, 2025.                    Respectfully Submitted,

/s/ <u>Antonio A. Cifuentes Jr.</u>
Antonio A. Cifuentes Jr. (FL 1065049)
POULIN | WILLEY | ANASTOPOULO
32 Ann Street
Charleston, SC 29403
Telephone: (803) 222-2222
Fax: (843) 494-5536
Email: tony.cifuentes@poulinwilley.com
          cmad@poulinwilley.com


*Attorney for Plaintiff & Proposed Class*